DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBORAH DUROSS GUIBORD,**
Appellant,

v.

**THE ESTATE OF KATHLEEN DUROSS FORD,**
Appellee.

No. 4D2023-0004

[July 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 50-2020-CP-002001-XXXX-MB.

Harriet Rae Freeman and James R. Merola of Merola & Freeman, P.A., Palm Beach Gardens, and Sonia E. O'Donnell, Robert A. O'Donnell, and Donald E. Christopher of O'Donnell Christopher LLP, Miami Springs, and Jefferson P. Knight of The Knight Law Firm, Miami, for appellant.

Kara Rockenbach Link of Link & Rockenbach, P.A., West Palm Beach, and F. Gregory Barnhart and Jack Scarola of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***